# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| XP ENTERTAINMENT, LLC | ) | Case No. 09-30699 MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEFFREY L. HILL | ) | Adversary No.11-1656 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| FELD MOTOR SPORTS, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 12/2/2011 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: December 28, 2011                BY THE COURT:

_____
Michael E. Romero
U.S. Bankruptcy Judge