IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03392-WYD

IN RE: XP ENTERTAINMENT, LLC
EIN:  04-3639786

    Debtor,

JEFFREY L. HILL, Chapter 7 Trustee,

    Plaintiff,

v.

FELD MOTOR SPORTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation of Dismissal filed by the parties on April 25, 2013.  After a careful review of the Stipulation and the file, it is

    ORDERED that the Stipulation of Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his/its own fees and costs.

    Dated:  April 25, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge